■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOE LOUIS HOWARD, Appellant.— Judgment unanimously reversed on the law and facts and a new trial granted in accordance with the Memorandum. Memorandum: Evidence adduced at the preliminary hearing by the defendant and not controverted clearly established that the defendant was insane and a mental defective at the time he made certain statements to the police later used on the trial. The failure of the People to sustain the burden of proving beyond a reasonable doubt that such statements were the product of a rational and meaningful act of volition required the suppression of such statements by the court (see *Blackburn* v. *Alabama*, 361 U. S. 199). The failure of the court to suppress the statements was prejudicial error requiring a reversal of the judgment of conviction. The indictment being a one-count indictment in common-law form and a charge of common-law murder as well as felony murder having been submitted to the jury, the jury's finding of guilt of murder first degree while in the act of committing a felony without a finding as to common-law murder precludes a retrial on common-law murder. (Appeal from judgment of Monroe County Court, convicting defendant of murder, first degree.) Present — Williams, P. J., Bastow, Goldman, Henry and Marsh, JJ.